**KASPERSKY LAB, INC.,**
**Plaintiff–Appellant**

v.

**DEVICE SECURITY, LLC,**
**Defendant–Appellee**

2016-1049

United States Court of Appeals,
Federal Circuit.

September 15, 2016

Casey Allen Kniser, Patterson Thuente Pedersen, P.A., Minneapolis, MN, argued for plaintiff-appellant. Also represented by Eric H. Chadwick.

Matthew D. Powers, Tensegrity Law Group, LLP, Redwood City, CA, argued for defendant-appellee. Also represented by Paul Ehrlich, Samantha A. Jameson, Aaron Matthew Nathan.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Newman and Taranto, Circuit Judges).

This Cause having been heard and considered, it is Ordered and Adjudged:

AFFIRMED. *See* **Fed. Cir. R. 36.**